

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2022

No. 04-22-00435-CR

Eric **WILLRICH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11728A
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was due on August 31, 2022. The trial court appointed counsel to represent appellant before us on September 15, 2022. On October 17, 2022, appellant's counsel filed a motion requesting a seventy-six-day extension of time to file appellant's brief. After consideration, we GRANT the motion and ORDER appellant to file his brief by November 15, 2022. Further requests for extension of time will be disfavored absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court